AAC2,PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25−cv−00519−DC

PatentBridge Solutions LLC v. Apple Inc.

Assigned to: Judge David Counts

Cause: 35:100 Patent Infringement

Date Filed: 11/10/2025

Jury Demand: Both

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Zephyrhub LLC**

represented by **Robert D. Katz**
Katz PLLC
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
214−865−8000
Fax: 888−231−5775
Email: rkatz@katzfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple Inc.**

represented by **Kenneth G. Parker**
Haynes and Boone, LLP
600 Anton Boulevard
Suite 700
Costa Mesa, CA 92626
949−202−3014
Fax: 949−202−3001
Email: ken.parker@haynesboone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705−1117
Fax: 903/581−2543
Email: ddacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Dylan Freeman**
Haynes and Boone LLP
2801 N Harwood St., Suite 2300
Dallas, TX 75201
214−651−5185
Email: dylan.freeman@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Stephanie Sivinski**

Haynes and Boone, LLP
2801 N. Harwood Street, Ste 2300
Dallas, TX 75201
214–651–5078
Fax: 214–200–0807
Email: stephanie.sivinski@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Apple Inc.**                    represented by    **Kenneth G. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Sivinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Zephyrhub LLC**                 represented by    **Robert D. Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2025 | Ï 1 | COMPLAINT *Plaintiff's Original Complaint for Patent Infringement* ( Filing fee $ 405 receipt number ATXWDC–20956496), filed by PatentBridge Solutions LLC. (Attachments: # 1 Exhibit U.S. Patent No. 9,864,421, # 2 Exhibit U.S. Patent No. 9,997,939, # 3 Civil Cover Sheet)(Katz, Robert) (Entered: 11/10/2025) |
| 11/10/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Katz, Robert) (Entered: 11/10/2025) |
| 11/10/2025 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS by PatentBridge Solutions LLC. (Katz, Robert) (Entered: 11/10/2025) |
| 11/10/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 11/10/2025) |
| 11/10/2025 | Ï 4 | Summons Issued as to Apple Inc. (kg) (Entered: 11/10/2025) |
| 11/18/2025 | Ï 5 | ORDER TO TRANSFER. Case reassigned to Judge Alan D Albright for all proceedings. Judge David Counts no longer assigned to case. Signed by Judge David Counts. (llm) (Entered: 11/18/2025) |

| 11/20/2025 | Ï 6 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Apple Inc.. Attorney Deron R Dacus added to party Apple Inc.(pty:dft) (Dacus, Deron) (Entered: 11/20/2025) |
|---|---|---|
| 11/20/2025 | Ï 7 | NOTICE *of Agreed Extension of Time to Answer, Move, or Otherwise Respond to Complaint* by Apple Inc. re 1 Complaint, (Dacus, Deron) (Entered: 11/20/2025) |
| 01/02/2026 | Ï 8 | NOTICE of Attorney Appearance by Stephanie Sivinski on behalf of Apple Inc.. Attorney Stephanie Sivinski added to party Apple Inc.(pty:dft) (Sivinski, Stephanie) (Entered: 01/02/2026) |
| 01/02/2026 | Ï 9 | RULE 7 DISCLOSURE STATEMENT filed by Apple Inc.. (Sivinski, Stephanie) (Entered: 01/02/2026) |
| 01/02/2026 | Ï 10 | MOTION to Dismiss *Claims for Willful and Indirect Patent Infringement Under Federal Rule of Civil Procedure 12(b)(6)* by Apple Inc.. (Sivinski, Stephanie) (Entered: 01/02/2026) |
| 01/02/2026 | Ï 11 | NOTICE of Attorney Appearance by Kenneth G. Parker on behalf of Apple Inc.. Attorney Kenneth G. Parker added to party Apple Inc.(pty:dft) (Parker, Kenneth) (Entered: 01/02/2026) |
| 01/09/2026 | Ï 12 | NOTICE *Case Readiness Status Report* by PatentBridge Solutions LLC (Katz, Robert) (Entered: 01/09/2026) |
| 01/20/2026 | Ï 13 | Unopposed MOTION *to Amend Case Style* by PatentBridge Solutions LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Katz, Robert) (Entered: 01/20/2026) |
| 01/21/2026 | Ï 14 | ORDER GRANTING 13 Motion TO AMEND CASE STYLE. Signed by Judge Alan D Albright. (kg) (Entered: 01/22/2026) |
| 01/23/2026 | Ï 15 | AMENDED COMPLAINT *for Patent Infringement* against Apple Inc. amending, filed by Zephyrhub LLC. (Attachments: # 1 Exhibit A – Notice Letter, # 2 Exhibit B – Delivery Confirmation Documents)(Katz, Robert) (Entered: 01/23/2026) |
| 02/06/2026 | Ï 16 | ANSWER to 15 Amended Complaint with Jury Demand , *Affirmative Defenses and*, COUNTERCLAIM against Zephyrhub LLC by Apple Inc..(Sivinski, Stephanie) (Entered: 02/06/2026) |
| 02/06/2026 | Ï 17 | Joint MOTION for Entry of Scheduling Order Deadlines by Zephyrhub LLC. (Attachments: # 1 Exhibit A – Plaintiff's Proposed Scheduling Order, # 2 Exhibit B – Defendant's Proposed Scheduling Order)(Katz, Robert) (Entered: 02/06/2026) |
| 02/09/2026 | Ï 18 | ORDER GRANTING 17 Motion for Entry of Scheduling Order Consent to Trial by Magistrate due by 4/9/2027, Final Pretrial Conference set for 6/11/2027 before Judge Alan D Albright, Jury Selection/Trial set for 7/12/2027 before Judge Alan D Albright, Markman Hearing set for 7/7/2026 09:00 AM before Judge Alan D Albright, Amended Pleadings due by 10/23/2026, Joinder of Parties due by 8/14/2026, Dispositive/Daubert Motions due by 4/9/2027. Signed by Judge Alan D Albright. (kg) (Entered: 02/09/2026) |
| 02/13/2026 | Ï 19 | AFFIDAVIT in Support *of Apple Inc.'s Motion to Transfer Venue to the Northern District of California* by Apple Inc.. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit K, # 8 Exhibit L, # 9 Exhibit M, # 10 Exhibit N)(Sivinski, Stephanie) (Entered: 02/13/2026) |
| 02/13/2026 | Ï 20 | Sealed Motion to Transfer Venue filed by Apple Inc. pursuant to W.D. Texas SDS procedures (slt) Modified on 2/17/2026 (slt). (Entered: 02/17/2026) |
| 02/20/2026 | Ï 21 | ANSWER to 16 Answer to Amended Complaint, Counterclaim by Zephyrhub LLC.(Katz, Robert) (Entered: 02/20/2026) |
| 02/20/2026 | Ï 22 | |

| | | |
|---|---|---|
| | | Redacted Public Version of 20 Sealed Motion filed by Apple Inc. pursuant to W.D. Texas SDS procedures by Apple Inc.. (Sivinski, Stephanie) (Entered: 02/20/2026) |
| 02/25/2026 | 23 | NOTICE *of Venue Discovery* by Zephyrhub LLC re 20 Sealed Motion filed by Apple Inc. pursuant to W.D. Texas SDS procedures (Katz, Robert) (Entered: 02/25/2026) |
| 03/09/2026 | 24 | NOTICE *of Agreed Extension of Time for Apple to Serve Preliminary Invalidity Contentions* by Apple Inc. (Sivinski, Stephanie) (Entered: 03/09/2026) |
| 04/22/2026 | 25 | ORDER REGARDING MIDLAND/ODESSA DIVISION DOCKET. Case reassigned to Judge David Counts for all proceedings. Judge Alan D Albright no longer assigned to case. Signed by Judge Alan D Albright. (slt) (Entered: 04/22/2026) |
| 05/01/2026 | 26 | Opening Claim Construction Brief by Apple Inc.. (Attachments: # 1 Exhibit A – Declaration of Dr. Ayman Fayed, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Sivinski, Stephanie) (Entered: 05/01/2026) |
| 05/08/2026 | 27 | Joint MOTION *to Set Briefing Schedule Deadlines* re 20 Sealed Motion filed by Apple Inc. pursuant to W.D. Texas SDS procedures by Zephyrhub LLC. (Attachments: # 1 Proposed Order)(Katz, Robert) (Entered: 05/08/2026) |
| 05/12/2026 | 28 | Memorandum in Opposition to Motion to Transfer filed by Zephyrhub LLC, re 20 Sealed Motion filed by Apple Inc. pursuant to W.D. Texas SDS procedures filed by Defendant Apple Inc. (slt) (Entered: 05/13/2026) |
| 05/22/2026 | 29 | Opening Claim Construction Brief regarding 26 Claim Construction Brief, by Zephyrhub LLC. (Attachments: # 1 Affidavit Declaration of Timothy D. Dorney, Ph.D., # 2 Exhibit 1 – United States Patent No. 9,864,421, # 3 Exhibit 2 – United States Patent No. 9,997,939, # 4 Exhibit 3 – Microsoft Computer Dictionary Hub, # 5 Exhibit 4 – Modern Dictionary of Electronics Signal, # 6 Exhibit 5 – Modern Dictionary of Electronics Data Transmission, # 7 Exhibit 6 – Modern Dictionary of Electronics Data, # 8 Exhibit 7 – Modern Dictionary of Electronics Direct Current, # 9 Exhibit 8 – Outback Power FLEXmax Series Charge Controllers Owners Manual, # 10 Exhibit 9 – 17Watt Solar Panel and Solar Controller Instruction Manual, # 11 Exhibit 10 – MCP22301 Controller–USB–Type–C–PD – 3–1 Datasheet, # 12 Exhibit 11 – Texas Instruments USB Terms and Abbreviations)(Katz, Robert) (Entered: 05/22/2026) |
| 05/26/2026 | 30 | REPLY to Response to Motion, filed by Apple Inc., re 20 Sealed Motion filed by Apple Inc. pursuant to W.D. Texas SDS procedures filed by Defendant Apple Inc. (Attachments: # 1 Declaration of Stephanie Sivinski, # 2 Exhibit O, # 3 Exhibit P, # 4 Exhibit Q, # 5 Exhibit R)(Sivinski, Stephanie) (Entered: 05/26/2026) |
| 05/27/2026 | | Text Order GRANTING 27 Joint Motion to Set Briefing Deadlines. It is ORDERED that the Parties' Joint Motion to Set Briefing Deadlines is GRANTED. ZephyrHub shall file its Response no later than May 12, 2026. Apple shall file its Reply no later than May 26, 2026. It is so ORDERED. Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/27/2026) |
| 05/27/2026 | 31 | Motion for leave to File Sealed Document by Apple Inc. pursuant to W.D. Texas SDS procedures (jb3) (Entered: 05/27/2026) |
| 05/28/2026 | | Text Order GRANTING 31 Defendant Apple Inc.'s Motion for Leave to File Under Seal its Reply in Support of its motion to Transfer Venue to the Northern District of California. Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 05/28/2026) |
| 06/01/2026 | 32 | Sealed Reply in Support of Its Opposed Motion to Transfer Venue filed by Apple Inc. pursuant to W.D. Texas SDS procedures. (slt) (Entered: 06/01/2026) |

| | | |
|---|---|---|
| 06/05/2026 | Ï 33 | Reply Claim Construction Brief by Apple Inc.. (Attachments: # 1 Exhibit K)(Sivinski, Stephanie) (Entered: 06/05/2026) |
| 06/05/2026 | Ï 34 | Opposed MOTION to Strike *the Rebuttal Declaration of Timothy D. Dorney, Ph.D. Regarding Claim Construction* by Apple Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Sivinski, Stephanie) (Entered: 06/05/2026) |
| 06/09/2026 | Ï 35 | Opposed MOTION to Strike 30 Reply to Response to Motion, *Plaintiff's Opposed Motion to Strike Defendant's Reply in Support of its Motion to Transfer Venue* by Zephyrhub LLC. (Attachments: # 1 Proposed Order)(Katz, Robert) (Entered: 06/09/2026) |
| 06/10/2026 | Ï 36 | Response in Opposition to Motion, filed by Zephyrhub LLC, re 34 Opposed MOTION to Strike *the Rebuttal Declaration of Timothy D. Dorney, Ph.D. Regarding Claim Construction* filed by Defendant Apple Inc. (Attachments: # 1 Exhibit 1 – Apple's Disclosure of Extrinsic Evidence)(Katz, Robert) (Entered: 06/10/2026) |
| 06/11/2026 | Ï 37 | NOTICE of Attorney Appearance by Dylan Freeman on behalf of Apple Inc.. Attorney Dylan Freeman added to party Apple Inc.(pty:dft) (Freeman, Dylan) (Entered: 06/11/2026) |
| 06/17/2026 | Ï 38 | REPLY to Response to Motion, filed by Apple Inc., re 34 Opposed MOTION to Strike *the Rebuttal Declaration of Timothy D. Dorney, Ph.D. Regarding Claim Construction* filed by Defendant Apple Inc. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I)(Sivinski, Stephanie) (Entered: 06/17/2026) |
| 06/18/2026 | Ï 39 | Reply Claim Construction Brief regarding 29 Claim Construction Brief,,, by Zephyrhub LLC. (Katz, Robert) (Entered: 06/18/2026) |
| 06/23/2026 | Ï 40 | Response in Opposition to Motion, filed by Apple Inc., re 35 Opposed MOTION to Strike 30 Reply to Response to Motion, *Plaintiff's Opposed Motion to Strike Defendant's Reply in Support of its Motion to Transfer Venue* filed by Plaintiff Zephyrhub LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sivinski, Stephanie) (Entered: 06/23/2026) |
| 06/24/2026 | Ï 41 | NOTICE *Joint Claim Construction Statement* by Zephyrhub LLC (Katz, Robert) (Entered: 06/24/2026) |
| 06/26/2026 | Ï 42 | NOTICE *of Submission of Claim Construction Technology Tutorial* by Apple Inc. re 18 Order on Motion for Entry of Scheduling Order, (Sivinski, Stephanie) (Entered: 06/26/2026) |
| 06/29/2026 | Ï 43 | REPLY to Response to Motion, filed by Zephyrhub LLC, re 35 Opposed MOTION to Strike 30 Reply to Response to Motion, *Plaintiff's Opposed Motion to Strike Defendant's Reply in Support of its Motion to Transfer Venue* filed by Plaintiff Zephyrhub LLC (Katz, Robert) (Entered: 06/29/2026) |
| 07/01/2026 | Ï 44 | Joint MOTION to Extend Scheduling Order Deadlines *Joint Motion to Modify the Scheduling Order* by Apple Inc.. (Attachments: # 1 Proposed Order)(Sivinski, Stephanie) (Entered: 07/01/2026) |
| 07/02/2026 | Ï | Text Order MOOTING 44 Parties' Joint Motion to Extend Scheduling Order Deadlines. In its Order (Doc. 25) dated 4/22/22026, the Court VACATED all hearings, the Pretrial Conference, and Trial rendering the instant motion, MOOT. The Court will issue an Amended Scheduling Order. Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 07/02/2026) |
| 07/15/2026 | Ï 45 | Unopposed MOTION to Amend Complaint by Zephyrhub LLC. (Attachments: # 1 Exhibit A – Second Amended Complaint, # 2 Proposed Order)(Katz, Robert) (Entered: 07/15/2026) |
| 07/15/2026 | Ï 46 | Unopposed MOTION *for Leave to Amend Infringement Contentions* by Zephyrhub LLC. (Attachments: # 1 Proposed Order)(Katz, Robert) (Entered: 07/15/2026) |

| 07/15/2026 | 47 | Joint MOTION for Entry of Scheduling Order Deadlines *Amended Scheduling Order* by Zephyrhub LLC. (Attachments: # 1 Proposed Order)(Katz, Robert) (Entered: 07/15/2026) |
|---|---|---|
| 07/16/2026 | 48 | ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT. Signed by Judge David Counts. (kg) (Entered: 07/17/2026) |
| 07/16/2026 | 49 | PLAINTIFF'S SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT against Apple Inc. amending 1 Complaint, filed by Zephyrhub LLC.(kg) (Entered: 07/17/2026) |
| 07/16/2026 | 50 | ORDER GRANTING 46 Motion for Leave to Amend Infringement Contentions. Signed by Judge David Counts. (kg) (Entered: 07/17/2026) |
| 07/16/2026 | 51 | ORDER GRANTING 47 Motion for Entry of Scheduling Order. Final Pretrial Conference set for **10/14/2027 01:30 PM** in Midland before Judge David Counts, Jury Selection/Trial set for **11/1/2027 08:00 AM** in Midland before Judge David Counts, Markman Hearing set for **1/8/2027 09:00 AM** in Waco before Judge Derek T. Gilliland, Amended Pleadings due by **3/19/2027**, Joinder of Parties due by **2/5/2027**, Dispositive/Daubert Motions due by **8/13/2027**. Signed by Judge David Counts. (kg) (Entered: 07/17/2026) |
| 07/21/2026 |  | Text Order MOOTING 10 Motion to Dismiss in light of the Second Amended Complaint (Dkt. No. 49). Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (GWlc) (Entered: 07/21/2026) |
| 07/29/2026 | 52 | Sealed Order Granting Motion to Transfer 20 and Denying Motion to Strike 35 . Signed by Judge David Counts. (jb3) (Entered: 07/30/2026) |